Case No: 15-61393 RK Judge: RUSS KENDIG

Case Name: CROXTON, ELAINE K
CROXTON, HERBERT P

For Period Ending: 09/30/18

Trustee Name: ANNE PIERO SILAGY Trustee
Date Filed (f) or Converted (c): 10/23/15 (c)
341(a) Meeting Date: 12/08/15
Claims Bar Date: 07/11/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 611 Delford Ave. NW, Massillon OH 44646 #4302751 | 52,000.00 | 0.00 | | 0.00 | FA |
| 2. 8230-8232 Turquoise Ave. NE, Canton OH 44721 #521 | 81,200.00 | 0.00 | | 0.00 | FA |
| 3. 4650 Revere Ave. NW, Massillon OH 44647 #1627970 | 61,700.00 | 0.00 | | 0.00 | FA |
| 4. 1922 Tanner Ave. SW, Canton OH 44706 #243469 (RESI | 2,100.00 | 0.00 | | 0.00 | FA |
| 5. 8216-8218 Turquoise Ave. NE, Canton OH 44721 #521 | 83,800.00 | 0.00 | | 0.00 | FA |
| 6. 3965 Orion St. NW, North Canton OH 44720 #5501101 | 108,800.00 | 0.00 | OA | 0.00 | FA |
| 7. 1916 Lincoln Way NW, Massillon OH 44647 #605924 & | 113,400.00 | 0.00 | | 0.00 | FA |
| 8. 519 Woodside Ave. NE, North Canton OH 44720 #9208 | 73,100.00 | 0.00 | OA | 0.00 | FA |
| 9. 327 Lennox Ave. NW, Massillon OH 44646 #4304326 | 58,300.00 | 0.00 | OA | 0.00 | FA |
| 10. 6092 Fulton Dr. NW, Canton OH 44718 #1615852 | 54,000.00 | 0.00 | OA | 0.00 | FA |
| 11. REVERE AVE NW , Massillon OH 44647 #1627969 Vacant | 9,000.00 | 0.00 | | 0.00 | FA |
| 12. 20th St SW, Canton OH 44706 # 223039 Vacant Land | 3,000.00 | 0.00 | | 0.00 | FA |
| 13. WOODSIDE AVE NE , North Canton OH 44720 #9208646 O | 16,200.00 | 0.00 | OA | 0.00 | FA |
| 14. 213 Linwood, N.W., Canton, OH 44708 | 106,000.00 | 0.00 | | 0.00 | FA |
| 15. 513 Wrexham Ave., S.W., Massillon, OH 44646 | 69,700.00 | 0.00 | | 0.00 | FA |
| 16. Checking - Chase xxxx5535 | 500.00 | 0.00 | | 0.00 | FA |
| 17. Checking - Chase xxx9079 | 400.00 | 0.00 | | 0.00 | FA |
| 18. Business Checking - Wayne Savings xxxx5251 | 900.00 | 0.00 | | 0.00 | FA |
| 19. Checking - Wayne Savings xxxx5558 | 63.37 | 0.00 | | 0.00 | FA |
| 20. Business Checking - First National xxxx1712 | 41.84 | 0.00 | | 0.00 | FA |
| 21. IRA - UBS Financial | 20,000.00 | 0.00 | | 0.00 | FA |
| 22. LannieKay, LLC | 16,373.00 | 0.00 | | 0.00 | FA |
| 23. Judgment against Catherine Clay (2013-CVG-5708) | 3,425.00 | 0.00 | | 0.00 | FA |
| 24. Judgment against Siffrin, Inc. (2013-CVI-5429) | 1,379.98 | 0.00 | | 0.00 | FA |
| 25. Judgment against Natalia Amaya (2014-CVI-2877) | 2,050.00 | 0.00 | | 0.00 | FA |
| 26. Interest in Carroll Brady Irrevocable Trust as a b | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.02

Case No: 15-61393 RK Judge: RUSS KENDIG

Case Name: CROXTON, ELAINE K

CROXTON, HERBERT P

Trustee Name: ANNE PIERO SILAGY Trustee

Date Filed (f) or Converted (c): 10/23/15 (c)

341(a) Meeting Date: 12/08/15

Claims Bar Date: 07/11/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2003 Ford Expedition (130,000 miles) | 3,061.00 | 0.00 | | 0.00 | FA |
| 28. 2002 Ford F350 | 0.00 | 0.00 | | 0.00 | FA |
| 29. 1907 Jewel D Runabout | 5,700.00 | 0.00 | | 0.00 | FA |
| 30. 1997 Sea Doo 10' | 1,670.00 | 0.00 | | 0.00 | FA |
| 31. 1993 Sea Doo XP 8' | 1,070.00 | 0.00 | | 0.00 | FA |
| 32. 1996 Rinker Boat Co. 18' | 3,350.00 | 0.00 | | 0.00 | FA |
| 33. 1992 Godfrey Pontoon Boat 24' | 4,160.00 | 0.00 | | 0.00 | FA |
| 34. 1996 Bombardier 10' | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $956,944.19      $0.00      $0.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating possible assets.

Subpoena issued 8/13/2017.

Reviewing fraudulent transfers.

Motion for Turnover of Tax Returns and Refunds filed 2/1/16, granted 2/19/16

Motion to Extend Deadline to Object to Discharge filed 1/28/16, order granting 2/15/16 - deadline 5/9/16

Initial Projected Date of Final Report (TFR): 12/31/17      Current Projected Date of Final Report (TFR): 12/31/18

LFORM1

Ver: 20.02